MARGARET W. DONALD, Appellant, *v.* CITY OF NEW YORK et al., Respondents, Impleaded with Others.

Submitted September 28, 1937; decided October 12, 1937.

*John J. O'Connell* for appellant.

*Paul Windels, Corporation Counsel* (*William S. Gaud, Jr.,* and *Paxton Blair* of counsel), for city of New York, respondent.

*Copal Mintz* and *Hyman Korn* for Charles A. Buckley, respondent.

*Murray D. Welch* for Ætna Casualty and Surety Company et al., impleaded defendants.

Order affirmed, with costs. First question certified answered in the affirmative. Second question certified answered in the negative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.